IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 07 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARCOS ZAVALA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. B-00-109 |
| § | JURY |
| LOEWEN (TEXAS) INC. d/b/a LOEWEN § | |
| GROUP (TEXAS) LIMITED PARTNERSHIP, § | |
| INC., JUAN JOSE GALLEGOS, and § | |
| JOHN LEASMAN, § | |
| § | |
| Defendants. § | |

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS

Defendants Loewen (Texas), Inc. d/b/a Loewen Group (Texas) Limited Partner, Inc., incorrectly named herein as "Loewen (Texas) Inc. d/b/a Loewen Group (Texas) Limited Partnership, Inc." (hereinafter, "Loewen"), Juan Jose Gallegos, and John Leasman (hereinafter, collectively, "Defendants") file this Certificate of Interested Persons, listing all persons, corporations, affiliates and other entities that are financially interested in the outcome of this litigation:

1. Plaintiff Marcos Zavala.

2. Defendant Juan Jose Gallegos.

3. Defendant John Leasman.

4. Loewen (Texas), Inc., a California corporation and a wholly owned subsidiary of Loewen Group International, Inc.

5. Loewen Group International, Inc., a Delaware corporation. Eighty-five percent of Loewen Group International, Inc.'s outstanding shares are owned by Loewen Group, Inc.

Fifteen percent of Loewen Group International, Inc.'s outstanding shares are owned by Neweol Investments, Ltd.

6. <u>Loewen Group, Inc.</u>, a Canadian corporation whose shares were publicly traded on the New York Stock Exchange until April 14, 2000, when it was delisted.

7. Neweol Investements, Limited., a British Columbia company that is affiliated with Loewen Group, Inc.

8. The Darling-Mouser Funeral Home, located at 945 Palm Blvd., Brownsville, Texas 78520, a funeral home that is owned and operated by Loewen Group International, Inc.

9. The Kreidler-Ashcraft Funeral Home, located at 1002 E. Harrison, Harlingen, Texas 78550, a funeral home that is owned and operated by Loewen Group International, Inc.

10. The Garza-Elizondo Funeral Home, located in Harlingen, Texas, a funeral home that is owned and operated by Loewen Group International, Inc.

Respectfully submitted,

*John Anaipakos* (signature)

John Anaipakos
State Bar No. 00786976
Federal I.D. No. 17762
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana
Houston, Texas 77002
(713) 229-1234
(713) 229-1522 (Facsimile)

ATTORNEY-IN-CHARGE FOR DEFENDANTS LOEWEN (TEXAS), INC. d/b/a LOEWEN GROUP (TEXAS) LIMITED PARTNER, INC., JUAN JOSE GALLEGOS, AND JOHN LEASMAN

OF COUNSEL:

James R. Staley
State Bar No. 24008071
Federal I.D. No. 23108
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana
Houston, Texas 77002
(713) 229-1234
(713) 229-1522 (Facsimile)

R. Patrick Rodriguez
State Bar No. 24002861
Federal I.D. No. 22949
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
P.O. Box 2155
Brownsville, Texas 78520
(956) 542-7441
(956) 541-2170 (Facsimile)

4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent by certified mail, return receipt requested, to all counsel of record on this 3rd day of August, 2000.

_____
James R. Staley