7

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
ENTERED

OCT 1 8 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

MARCOS ZAVALA §
§
§
versus § CIVIL ACTION: B: 00-109
§
§
LOEWEN (TEXAS) INC. §

# Order Resetting Conference

The intial pre-trial conference set for *November 27, 2000,* has been reset to:

**December 11, 2000 at 2:00 p.m.**

Signed on __October 17__, 2000 at Brownsville, Texas.

_Hilda Tagle_
Hilda G. Tagle
United States District Judge